UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, a Delaware Corporation,<br><br>                Plaintiff,<br><br>    v.<br><br>WHP PLUS, LLC; et al.,<br><br>                Defendants. | Case No: 2:22-cv-05548-JVS (KESx)<br><br>**ORDER RE STIPULATION TO DISMISSAL WITH PREJUDICE OF ACTION [43]**<br><br>**Hon. James V. Selna** |

1  The Court, having reviewed the Stipulation to Dismissal with Prejudice filed by Plaintiff Deckers Outdoor Corporation ("Plaintiff" or "Deckers") and Defendants WHP Plus, LLC and Steven Madden, Ltd. (collectively, "Defendants"), and having found good cause to exist, **IT IS HEREBY ORDERED** that:

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Defendants WHP Plus, LLC and Steven Madden, Ltd. are hereby DISMISSED ***with prejudice*** from the above-captioned action. Plaintiff and Defendants shall each bear their own attorneys' fees, costs, and expenses incurred in connection with this Action.

**IT IS SO ORDERED.**

DATED: April 27, 2023         By: _____
                                   Hon. James V. Selna
                                   United States District Judge